UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHYE-KEI LYE, )<br>)<br>    Plaintiff, )<br>v. )<br>) Civ. No.07-cv-2280 (HHK)<br>EMILIO T. GONZALEZ, Director )<br>U.S. Citizenship and Immigration Services, )<br>Et al. )<br>)<br>    Defendants. )<br>) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by undersigned counsel, hereby notifies the court that the above-captioned case can be dismissed without prejudice.

Respectfully Submitted,

/s/ Thomas K. Ragland
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

Phone: (202) 483-0053
Fax: (202) 483-6801

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHYE-KEI LYE, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) Civ. No.07-cv-2280 (HHK) |
| EMILIO T. GONZALEZ, Director | ) |
| U.S. Citizenship and Immigration Services, | ) |
| Et al. | ) |
| | ) |
|     Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I, Thomas K. Ragland, hereby certify that on the 19th day of February, 2008, I filed the foregoing

Notice of Dismissal via electronic case filing system.


/s/ Thomas K. Ragland
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036